\_\_\_\_ FILED          \_\_\_\_ RECEIVED
\_\_\_\_ ENTERED        \_\_\_\_ SERVED ON
                COUNSEL/PARTIES OF RECORD

DEC - 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-307-JCM-(CWH) |
| KIRK A. BOWMAN, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On December 3, 2013, defendant KIRK A. BOWMAN pled guilty to Counts Three, Four, Seven, Nine, Ten, and Eleven of an Eleven-Count Criminal Indictment charging him with Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and agreed to the forfeiture of an in personam criminal forfeiture money judgment of $13,067 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 10; Change of Plea Minutes, ECF No. \_\_\_; Plea Agreement, ECF No. \_\_\_.

This Court finds that KIRK A. BOWMAN shall pay a criminal forfeiture money judgment of $13,067 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 10; Change of Plea Minutes, ECF No. \_\_\_; Plea Agreement, ECF No. \_\_\_.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KIRK A. BOWMAN a criminal forfeiture money judgment in the amount of $13,067 in United States Currency.

DATED this ___ day of Dec., 2013.

_____
UNITED STATES DISTRICT JUDGE