FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 17 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIRK A. BOWMAN, )<br>)<br>Defendant ) | 2:13-CR-307-JCM-(CWH) |

### ORDER OF FORFEITURE

This Court found on December 3, 2013, that KIRK A. BORMAN shall pay the criminal forfeiture money judgment of $13,067.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 10; Change of Plea, ECF No. 23; Plea Agreement, ECF No. 24; Order of Forfeiture, ECF No. 25.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KIRK A. BOWMAN the criminal forfeiture money judgment in the amount of $13,067.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 17th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE