RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Kirk A. Bowman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK A. BOWMAN,<br><br>　　　　Defendant. | Case No. 2:13-cr-00307-JCM-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION FOR COMPASSIONATE RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter Walkingshaw, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Kirk A. Bowman, that the reply to the Government's response to motion for compassionate release currently due on July 13, 2020, be vacated and continued and reset for July 16, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to effectively and thoroughly investigate the case before filing a reply.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance and extension of time.

1   This is the first request for an extension of time.

2   DATED this 13th day of July 2020.

3

4   RENE L. VALLADARES                NICHOLAS A. TRUTANICH
    Federal Public Defender           United States Attorney
5

6      */s/ Rebecca A. Levy*              */s/ Peter Walkingshaw*
    By_____  By_____
7   REBECCA A. LEVY                   PETER WALKINGSHAW
    Assistant Federal Public Defender Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK A. BOWMAN,<br><br>　　　　Defendant. | Case No. 2:13-cr-00307-JCM-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the reply currently due on Monday, July 13, 2020, be filed and continued to Thursday, July 16, 2020.

　　DATED July 13, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3