**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIRK A. BOWMAN,<br><br>　　　　Defendant. | Case No. 2:13-cr-00307-JAD-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 2, 2025, at 10:30 a.m., be vacated and continued to December 9, 2025 at 10:30 a.m.

　　　DATED this 26th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3